**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**WILLIE F. FORD,**

    **Plaintiff,**

    **v.**                       **CASE NO.  24-3138-JWL**

**BUREAU OF PRISONS, et al.,**

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff filed this pro se civil rights case in this Court.  Plaintiff is in custody at the Federal Correctional Institution (FCI) Leavenworth in Leavenworth, Kansas. Plaintiff claims that he was denied his prescribed medication while he was incarcerated at FCI Bennettsville in Bennettsville, South Carolina.

The complaint identifies the federal Bureau of Prisons and Kathy Griffith, a registered nurse at FCI Bennettsville, as the defendants.  Plaintiff's allegations in the complaint are based on incidents occurring at FCI Bennettsville.

Under 28 U.S.C. § 1391(b):

> A civil action may be brought in –
>
> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
>
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated . . .

28 U.S.C. § 1391(b)(1)–(2).

Accordingly, venue is proper in South Carolina under 28 U.S.C. § 1391(b). The Court directs the Clerk of the Court to transfer this matter to the United States District Court for the District of South Carolina.

**IT IS THEREFORE ORDERED BY THE COURT** that the Clerk of Court shall transfer this action to the United States District Court for the District of South Carolina.

**IT IS SO ORDERED**.

**Dated August 14, 2024, in Kansas City, Kansas.**

**S/  John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**